NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Appellee*,

*v.*

STEVE MUNOZ ORNELAS, *Appellant*.

No. 1 CA-CR 18-0597
FILED 4-18-2019

Appeal from the Superior Court in Yuma County
No. S1400CR201700100
The Honorable Roger A. Nelson, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Joseph T. Maziarz
*Counsel for Appellee*

Yuma County Public Defender, Yuma
By Eugene Marquez
*Counsel for Appellant*

---

**MEMORANDUM DECISION**

Judge Jon W. Thompson delivered the decision of the Court, in which Presiding Judge James B. Morse Jr. and Judge Peter B. Swann joined.

---

**T H O M P S O N**, Judge:

¶1	This appeal was timely filed in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), following Steve Munoz Ornelas's (defendant's) conviction for one count of facilitation to commit theft of means of transportation, a class 6 felony. Defendant's counsel searched the entire record on appeal and found no arguable question of law. He subsequently filed a brief requesting this court to conduct an *Anders* review of the record for fundamental error.

¶2	On October 31, 2016, J.U. reported to police that a pickup truck had been stolen from his office's parking lot in Yuma, Arizona. He told police he suspected R.B., an employee who had recently been fired. The next day, defendant was photographed driving the stolen vehicle into Mexico at the San Luis border crossing. He returned to the United States on foot later that same day. Police subsequently arrested defendant.

¶3	The state charged defendant with one count of theft of means of transportation, a class 3 felony, and one count of burglary in the third degree, a class 4 felony. The trial court granted defendant's motion for directed verdict as to count 2. The jury convicted defendant of the lesser included offense of facilitation to commit theft of means of transportation, a class 6 felony. The trial court sentenced defendant to the presumptive term of one year in prison with credit for thirty-nine days of presentence incarceration.

¶4	We have read and considered defendant's *Anders* brief, and we have searched the entire record for reversible error. *See Leon*, 104 Ariz. at 300. We find none. All of the proceedings were conducted in compliance with the Arizona Rules of Criminal Procedure, and the sentence imposed was within the statutory limits. Pursuant to *State v. Shattuck*, 140 Ariz. 582, 584-85 (1984), defendant's counsel's obligations in this appeal are at an end. Defendant has thirty days from the date of this decision in which to proceed, if he so desires, with an *in propria persona* motion for reconsideration or petition for review.

¶5        We affirm the conviction and the sentence.



AMY M. WOOD • Clerk of the Court
FILED: AA